# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STATE OF DELAWARE, *ex rel.* MATTHEW P. DENN, Attorney General of the State of Delaware,<br><br>PLAINTIFF,<br><br>v.<br><br>PURDUE PHARMA L.P., PURDUE PHARMA INC., THE PURDUE FREDERICK COMPANY, ENDO HEALTH SOLUTIONS INC., ENDO PHARMACEUTICALS INC., MCKESSON CORPORATION, CARDINAL HEALTH, INC., AMERISOURCEBERGEN CORPORATION, ANDA PHARMACEUTICALS, INC., H. D. SMITH, LLC, CVS HEALTH CORPORATION, and WALGREENS BOOTS ALLIANCE, INC.,<br><br>DEFENDANTS. | C.A. No. 18-383-UNA<br><br>(Removal from Superior Court of the State of Delaware) |

## PLAINTIFF STATE OF DELAWARE'S MOTION TO REMAND

Pursuant to 28 U.S.C. § 1447(c), Plaintiff State of Delaware, *ex rel.* Matthew P. Denn, Attorney General of the State of Delaware ("Delaware"), hereby moves to remand this action to the Superior Court of the State of Delaware and requests expedited consideration of this motion. The grounds for this Motion are more fully set forth in the accompanying Opening Brief, which is filed contemporaneously herewith.

| | |
|---|---|
| OF COUNSEL: | CONNOLLY GALLAGHER LLP |
| Richard W. Fields<br>FIELDS PLLC<br>1700 K Street, NW, Suite 810<br>Washington, DC 20006<br>fields@fieldslawpllc.com<br><br>Richard Shore<br>Mark A. Packman<br>Michael B. Rush (#5061)<br>Jenna A. Hudson<br>GILBERT LLP<br>1100 New York Avenue, NW, Suite 700<br>Washington, DC 20005<br>shorer@gotofirm.com<br>packmanm@gotofirm.com<br>rushm@gotofirm.com<br>hudsonj@gotofirm.com | */s/ Ryan P. Newell*<br>Ryan P. Newell (#4744)<br>The Brandywine Building<br>1000 West Street, Suite 1400<br>Wilmington, DE 19801<br>Telephone:  (302) 757-7300<br>Facsimile:  (302) 757-7299<br>rnewell@connollygallagher.com<br><br>*Attorneys for the State of Delaware,* ex rel. *Matthew P. Denn, Attorney General of the State of Delaware* |