## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STATE OF DELAWARE, *ex rel.* | ) | |
| MATTHEW P. DENN, | ) | |
| ATTORNEY GENERAL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 1:18-cv-00383-RGA |
| | ) | |
| PURDUE PHARMA L.P.; | ) | |
| PURDUE PHARMA INC.; | ) | |
| THE PURDUE FREDERICK COMPANY; | ) | |
| ENDO HEALTH SOLUTIONS INC.; | ) | |
| ENDO PHARMACEUTICALS INC.; | ) | |
| MCKESSON CORPORATION; | ) | |
| CARDINAL HEALTH, INC.; | ) | |
| AMERISOURCEBERGEN | ) | |
| CORPORATION; | ) | |
| ANDA PHARMACEUTICALS, INC.; | ) | |
| H.D. SMITH, LLC; | ) | |
| CVS HEALTH CORPORATION; and | ) | |
| WALGREENS BOOTS ALLIANCE, INC., | ) | |
| | ) | |
| Defendants. | ) | |

### STIPULATION STAYING CERTAIN PROCEEDINGS
### AND EXTENDING TIME TO RESPOND TO THE COMPLAINT

WHEREAS, on January 19, 2018, Plaintiff State of Delaware, *ex rel.* Matthew P. Denn,

Attorney General of the State of Delaware, initiated this litigation in an action captioned State of

*Delaware v. Purdue Pharma L.P., et al.*, bearing cause number N18C-01-223 MMJ (CCLD), in

the Superior Court for the State of Delaware.  Plaintiff brought claims against Defendants Endo

Health Solutions Inc., Endo Pharmaceuticals Inc., Purdue Pharma L.P., Purdue Pharma Inc., The

Purdue Frederick Company, McKesson Corporation, Cardinal Health, Inc., AmerisourceBergen

Corporation,[1] Anda Pharmaceuticals, Inc., H. D. Smith, LLC, CVS Health Corporation, and

---

[1] AmerisourceBergen Corporation does not concede that it is a proper party to this action.

Walgreens Boots Alliance, Inc., related to Defendants' manufacture, sale, and/or distribution of various opioid prescription medications.

WHEREAS, on March 9, 2018, Defendant McKesson Corporation removed the Delaware Superior Court action to this Court (D.I. 1);

WHEREAS, on March 13, 2018, Plaintiff filed a Motion to Remand (D.I. 4) in this Court seeking to remand this action to the Delaware Superior Court;

WHEREAS, on March 15, 2018, Defendants McKesson Corporation, Cardinal Health, Inc., AmerisourceBergen Corporation, H. D. Smith, LLC, CVS Health Corporation, and Walgreens Boots Alliance, Inc. filed a Motion to Stay (D.I. 14), to which Plaintiff responded, in part, by stating that "the parties could have worked out an agreed stipulation of stay on matters other than the Motion to Remand rather than having this Court burdened with a Stay Motion," (D.I. 23); and

WHEREAS, on March 19, 2018, this Court denied Defendants' stay motion; and

WHEREAS, the parties have conferred regarding a potential stay of matters other than the Motion to Remand and have agreed, subject to this Court's approval, to a limited stay of the time for Defendants to answer, move, or otherwise respond to Plaintiff's complaint, as set forth below; and

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their undersigned counsel, subject to the approval of the Court, as follows:

1.     Any obligation of the Defendants to answer, move, or otherwise respond to Plaintiff's complaint is hereby STAYED, subject to the terms set forth below.

2.     If the Motion to Remand is granted, Plaintiff and Defendants will stipulate in the Delaware Superior Court action that Defendants shall have the same number of days from the date

of the order granting remand to answer, move, or otherwise respond to Plaintiff's complaint in the

Superior Court for the State of Delaware as they had remaining to answer, move, or otherwise

respond to the Complaint on the date on which Defendant McKesson Corporation removed this

action to this Court.

3.    Should the Motion to Remand be denied, the parties will meet and confer regarding

the date for Defendants to answer, move, or otherwise respond to Plaintiff's complaint but

otherwise fully reserve all of their respective rights.

4.    This Stipulation does not affect, and shall have no bearing upon, proceedings before

the Judicial Panel on Multidistrict Litigation related to transfer of this case to the MDL Court.


March 28, 2018                                           /s/ Ryan P. Newell
                                                        Ryan P. Newell (#4744)
OF COUNSEL:                                             Kyle Evans Gay (#5752)
Scott D. Gilbert                                        CONNOLLY GALLAGHER LLP
Richard Shore                                           The Brandywine Building
Mark A. Packman                                         1000 West Street, Suite 1400
Michael B. Rush (#5061)                                 Wilmington, DE 19801
Jenna A. Hudson                                         Telephone: (302) 757-7300
GILBERT LLP                                             Facsimile: (302) 757-7299
1100 New York Avenue, NW, Suite 700                     rnewell@connollygallagher.com
Washington, DC 20005                                    kgay@connollygallagher.com
gilberts@gotofirm.com                                   *Attorneys for the State of Delaware,* ex rel.
shorer@gotofirm.com                                     *Matthew P. Denn, Attorney General of the*
packmanm@gotofirm.com                                   *State of Delaware*
rushm@gotofirm.com
hudsonj@gotofirm.com

Richard W. Fields
FIELDS PLLC
1700 K Street, NW, Suite 810
Washington, DC 20006
fields@fieldslawpllc.com

/s/ Michael A. Barlow
A. Thompson Bayliss (#4379)
OF COUNSEL:                                    Michael A. Barlow (#3928)
Neil K. Roman                                  David A. Seal (#5992)
COVINGTON & BURLING LLP                        ABRAMS & BAYLISS LLP
The New York Times Building                    20 Montchanin Road, Suite 200
620 Eighth Avenue                              Wilmington, Delaware  19807
New York, NY 10018                             (302) 778-1000
(212) 841-1000                                 bayliss@abramsbayliss.com
nroman@cov.com                                 barlow@abramsbayliss.com
                                               seal@abramsbayliss.com

                                               *Attorneys for Defendant*
                                               *McKesson Corporation*


                                               /s/ Jenness E. Parker
                                               Jenness E. Parker (#4659)
OF COUNSEL:                                    SKADDEN, ARPS, SLATE, MEAGHER &
Mark S. Cheffo                                 FLOM LLP
Hayden A. Coleman                              One Rodney Square
QUINN EMANUEL URQUHART &                       P.O. Box 636
SULLIVAN, LLP                                  Wilmington, Delaware 19899
51 Madison Avenue, 22nd Floor                  (302) 651-3000
New York, NY 10010                             jenness.parker@skadden.com
(212) 849-7000

                                               *Attorneys for Defendants Purdue Pharma*
                                               *L.P., Purdue Pharma Inc., and The Purdue*
                                               *Frederick Company*


                                               /s/ Daniel J. Brown
                                               Michael P. Kelly (#2295)
OF COUNSEL:                                    Daniel J. Brown (#4688)
John A. Freedman                               MCCARTER & ENGLISH, LLP
ARNOLD & PORTER KAYE SCHOLER                   405 North King Street, 8th Floor
LLP                                            Wilmington, Delaware 19801
601 Massachusetts Avenue NW                    (302) 984-6301
Washington, DC 20001                           mkelly@mccarter.com
(202) 942-5316                                 djbrown@mccarter.com

                                               *Attorneys for Defendants Endo Health*
                                               *Solutions Inc. and Endo Pharmaceuticals Inc.*


{A&B-00544690-5}                               4

OF COUNSEL:
Enu Mainigi
Jennifer G. Wicht
Steven Pyser
Ashley Hardin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434-5331

   */s/ David A. Felice*

David A. Felice (#4090)
BAILEY & GLASSER, LLP
Red Clay Center at Little Falls
2961 Centerville Road, Suite 302
Wilmington, Delaware 19808
(302) 504-6333
felice@baileyglasser.com

*Attorneys for Defendant Cardinal Health, Inc.*

OF COUNSEL:
Robert A. Nicholas
Shannon E. McClure
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
(215) 851-8100

Alvin L. Emch
JACKSON KELLY PLLC
500 Lee Street, East, Suite 1600
P.O. Box 553
Charleston, WV 25322
(304) 340-1000

   */s/ Jennifer C. Wasson*

Jennifer C. Wasson (#4933)
Jesse L. Noa (#5973)
POTTER ANDERSON & CORROON LLP
Hercules Plaza - Sixth Floor
1313 North Market Street
Wilmington, DE 19801
(302) 984-6000
jwasson@potteranderson.com
jnoa@potteranderson.com

*Attorneys for Defendant AmerisourceBergen Corporation*

OF COUNSEL:
James W. Matthews
FOLEY & LARDNER LLP
111 Huntington Ave.
Boston, MA 02109
(617) 502-3298

   */s/ Jami B. Nimeroff*

Jami B. Nimeroff (#4049)
BROWN McGARRY NIMEROFF LLC
901 N. Market Street, Suite 1300
Wilmington, DE 19801
(302) 428-8142
jnimeroff@bmnlawyers.com

*Attorneys for Anda Pharmaceuticals, Inc.*

{A&B-00544690-5}

5

/s/ Thomas E. Hanson, Jr.
Thomas E. Hanson, Jr. (#4102)
BARNES & THORNBURG LLP
1000 N. West Street, Suite 1500
Wilmington, Delaware 19801
(302) 300-3447
thanson@btlaw.com

*Attorney for Defendant H.D. Smith, LLC*

OF COUNSEL:
Eric R. Delinsky
Alexandra W. Miller
ZUCKERMAN SPAEDER LLP
1800 M Street NW
Washington, D.C. 20036
(202) 778-1831

/s/ Rebecca L. Butcher
Daniel B. Rath (#3022)
Rebecca L. Butcher (#3816)
Jennifer L. Cree (#5919)
LANDIS RATH & COBB LLP
919 N. Market St., Suite 1800
Wilmington, Delaware 19801
(302) 467-4400
rath@lrclaw.com
butcher@lrclaw.com
cree@lrclaw.com

*Attorneys for Defendant CVS Health Corporation*

OF COUNSEL:
Kaspar Stoffelmayr
BARTLIT BECK HERMAN
PALENCHAR & SCOTT LLP
54 West Hubbard Street, Ste. 300
Chicago, Illinois 60654
(312) 494-4400

/s/ Beth Moskow-Schnoll
Beth Moskow-Schnoll (#2900)
BALLARD SPAHR LLP
919 North Market Street, 11th Floor
Wilmington, Delaware 19801
(302) 252-4465
moskowb@ballardspahr.com

*Attorneys for Defendant Walgreens Boots Alliance, Inc.*

SO ORDERED this _____ day of _____, 2018.

_____
The Honorable Richard G. Andrews
United States District Judge