## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STATE OF DELAWARE, *ex rel.* | ) |
| MATTHEW P. DENN, | ) |
| ATTORNEY GENERAL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    C.A. No. 1:18-cv-00383-RGA |
| | ) |
| PURDUE PHARMA L.P.; | ) |
| PURDUE PHARMA INC.; | ) |
| THE PURDUE FREDERICK COMPANY; | ) |
| ENDO HEALTH SOLUTIONS INC.; | ) |
| ENDO PHARMACEUTICALS INC.; | ) |
| MCKESSON CORPORATION; | ) |
| CARDINAL HEALTH, INC.; | ) |
| AMERISOURCEBERGEN | ) |
| CORPORATION; | ) |
| ANDA PHARMACEUTICALS, INC.; | ) |
| H.D. SMITH, LLC; | ) |
| CVS HEALTH CORPORATION; and | ) |
| WALGREENS BOOTS ALLIANCE, INC., | ) |
| | ) |
| Defendants. | ) |

## STIPULATION STAYING CERTAIN PROCEEDINGS
## AND EXTENDING TIME TO RESPOND TO THE COMPLAINT

WHEREAS, on January 19, 2018, Plaintiff State of Delaware, *ex rel.* Matthew P. Denn,

Attorney General of the State of Delaware, initiated this litigation in an action captioned State of

*Delaware v. Purdue Pharma L.P., et al.*, bearing cause number N18C-01-223 MMJ (CCLD), in

the Superior Court for the State of Delaware. Plaintiff brought claims against Defendants Endo

Health Solutions Inc., Endo Pharmaceuticals Inc., Purdue Pharma L.P., Purdue Pharma Inc., The

Purdue Frederick Company, McKesson Corporation, Cardinal Health, Inc., AmerisourceBergen

Corporation,[1] Anda Pharmaceuticals, Inc., H. D. Smith, LLC, CVS Health Corporation, and

---

[1] AmerisourceBergen Corporation does not concede that it is a proper party to this action.

Walgreens Boots Alliance, Inc., related to Defendants' manufacture, sale, and/or distribution of various opioid prescription medications.

WHEREAS, on March 9, 2018, Defendant McKesson Corporation removed the Delaware Superior Court action to this Court (D.I. 1);

WHEREAS, on March 13, 2018, Plaintiff filed a Motion to Remand (D.I. 4) in this Court seeking to remand this action to the Delaware Superior Court;

WHEREAS, on March 15, 2018, Defendants McKesson Corporation, Cardinal Health, Inc., AmerisourceBergen Corporation, H. D. Smith, LLC, CVS Health Corporation, and Walgreens Boots Alliance, Inc. filed a Motion to Stay (D.I. 14), to which Plaintiff responded, in part, by stating that "the parties could have worked out an agreed stipulation of stay on matters other than the Motion to Remand rather than having this Court burdened with a Stay Motion," (D.I. 23); and

WHEREAS, on March 19, 2018, this Court denied Defendants' stay motion; and

WHEREAS, the parties have conferred regarding a potential stay of matters other than the Motion to Remand and have agreed, subject to this Court's approval, to a limited stay of the time for Defendants to answer, move, or otherwise respond to Plaintiff's complaint, as set forth below; and

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their undersigned counsel, subject to the approval of the Court, as follows:

1.      Any obligation of the Defendants to answer, move, or otherwise respond to Plaintiff's complaint is hereby STAYED, subject to the terms set forth below.

2.      If the Motion to Remand is granted, Plaintiff and Defendants will stipulate in the Delaware Superior Court action that Defendants shall have the same number of days from the date

of the order granting remand to answer, move, or otherwise respond to Plaintiff's complaint in the Superior Court for the State of Delaware as they had remaining to answer, move, or otherwise respond to the Complaint on the date on which Defendant McKesson Corporation removed this action to this Court.

3.    Should the Motion to Remand be denied, the parties will meet and confer regarding the date for Defendants to answer, move, or otherwise respond to Plaintiff's complaint but otherwise fully reserve all of their respective rights.

4.    This Stipulation does not affect, and shall have no bearing upon, proceedings before the Judicial Panel on Multidistrict Litigation related to transfer of this case to the MDL Court.

March 28, 2018

OF COUNSEL:
Scott D. Gilbert
Richard Shore
Mark A. Packman
Michael B. Rush (#5061)
Jenna A. Hudson
GILBERT LLP
1100 New York Avenue, NW, Suite 700
Washington, DC 20005
gilberts@gotofirm.com
shorer@gotofirm.com
packmanm@gotofirm.com
rushm@gotofirm.com
hudsonj@gotofirm.com

Richard W. Fields
FIELDS PLLC
1700 K Street, NW, Suite 810
Washington, DC 20006
fields@fieldslawpllc.com

*/s/ Ryan P. Newell*
Ryan P. Newell (#4744)
Kyle Evans Gay (#5752)
CONNOLLY GALLAGHER LLP
The Brandywine Building
1000 West Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 757-7300
Facsimile: (302) 757-7299
rnewell@connollygallagher.com
kgay@connollygallagher.com
*Attorneys for the State of Delaware,* ex rel.
*Matthew P. Denn, Attorney General of the State of Delaware*

OF COUNSEL:
Neil K. Roman
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
(212) 841-1000
nroman@cov.com

*/s/ Michael A. Barlow*
A. Thompson Bayliss (#4379)
Michael A. Barlow (#3928)
David A. Seal (#5992)
ABRAMS & BAYLISS LLP
20 Montchanin Road, Suite 200
Wilmington, Delaware 19807
(302) 778-1000
bayliss@abramsbayliss.com
barlow@abramsbayliss.com
seal@abramsbayliss.com

*Attorneys for Defendant*
*McKesson Corporation*

OF COUNSEL:
Mark S. Cheffo
Hayden A. Coleman
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000

*/s/ Jenness E. Parker*
Jenness E. Parker (#4659)
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899
(302) 651-3000
jenness.parker@skadden.com

*Attorneys for Defendants Purdue Pharma*
*L.P., Purdue Pharma Inc., and The Purdue*
*Frederick Company*

OF COUNSEL:
John A. Freedman
ARNOLD & PORTER KAYE SCHOLER
LLP
601 Massachusetts Avenue NW
Washington, DC 20001
(202) 942-5316

*/s/ Daniel J. Brown*
Michael P. Kelly (#2295)
Daniel J. Brown (#4688)
MCCARTER & ENGLISH, LLP
405 North King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6301
mkelly@mccarter.com
djbrown@mccarter.com

*Attorneys for Defendants Endo Health*
*Solutions Inc. and Endo Pharmaceuticals Inc.*

OF COUNSEL:
Enu Mainigi
Jennifer G. Wicht
Steven Pyser
Ashley Hardin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434-5331

 /s/ David A. Felice
David A. Felice (#4090)
BAILEY & GLASSER, LLP
Red Clay Center at Little Falls
2961 Centerville Road, Suite 302
Wilmington, Delaware 19808
(302) 504-6333
felice@baileyglasser.com

*Attorneys for Defendant Cardinal Health, Inc.*

OF COUNSEL:
Robert A. Nicholas
Shannon E. McClure
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
(215) 851-8100

Alvin L. Emch
JACKSON KELLY PLLC
500 Lee Street, East, Suite 1600
P.O. Box 553
Charleston, WV 25322
(304) 340-1000

 /s/ Jennifer C. Wasson
Jennifer C. Wasson (#4933)
Jesse L. Noa (#5973)
POTTER ANDERSON & CORROON LLP
Hercules Plaza - Sixth Floor
1313 North Market Street
Wilmington, DE 19801
(302) 984-6000
jwasson@potteranderson.com
jnoa@potteranderson.com

*Attorneys for Defendant AmerisourceBergen Corporation*

OF COUNSEL:
James W. Matthews
FOLEY & LARDNER LLP
111 Huntington Ave.
Boston, MA 02109
(617) 502-3298

 /s/ Jami B. Nimeroff
Jami B. Nimeroff (#4049)
BROWN McGARRY NIMEROFF LLC
901 N. Market Street, Suite 1300
Wilmington, DE 19801
(302) 428-8142
jnimeroff@bmnlawyers.com

*Attorneys for Anda Pharmaceuticals, Inc.*

*/s/ Thomas E. Hanson, Jr.*
Thomas E. Hanson, Jr. (#4102)
BARNES & THORNBURG LLP
1000 N. West Street, Suite 1500
Wilmington, Delaware 19801
(302) 300-3447
thanson@btlaw.com

*Attorney for Defendant H.D. Smith, LLC*

OF COUNSEL:
Eric R. Delinsky
Alexandra W. Miller
ZUCKERMAN SPAEDER LLP
1800 M Street NW
Washington, D.C. 20036
(202) 778-1831

*/s/ Rebecca L. Butcher*
Daniel B. Rath (#3022)
Rebecca L. Butcher (#3816)
Jennifer L. Cree (#5919)
LANDIS RATH & COBB LLP
919 N. Market St., Suite 1800
Wilmington, Delaware 19801
(302) 467-4400
rath@lrclaw.com
butcher@lrclaw.com
cree@lrclaw.com

*Attorneys for Defendant CVS Health Corporation*

OF COUNSEL:
Kaspar Stoffelmayr
BARTLIT BECK HERMAN
PALENCHAR & SCOTT LLP
54 West Hubbard Street, Ste. 300
Chicago, Illinois 60654
(312) 494-4400

*/s/ Beth Moskow-Schnoll*
Beth Moskow-Schnoll (#2900)
BALLARD SPAHR LLP
919 North Market Street, 11th Floor
Wilmington, Delaware 19801
(302) 252-4465
moskowb@ballardspahr.com

*Attorneys for Defendant Walgreens Boots Alliance, Inc.*

SO ORDERED this ___21___ day of __Mmmh__, 2018.

The Honorable Richard G. Andrews
United States District Judge